## Joshua Conrad v. Jacob R. Freeland.

*Appeal: Justice's Court: Motion to dismiss: Record :* A motion to dismiss an appeal from a Justice's Court, for the reason that the sureties on the appeal bond did not justify, is not such a part of the record as is brought up by writ of error.

*Heard and Decided April 24th.*

Error to Wayne Circuit.

This was an appeal from a justice of the peace to the Wayne Circuit.

In that court, on filing an affidavit of the justice that the sureties in the appeal bond did not justify before him, a motion was made to dismiss the appeal, and which was denied.

A writ of error was then sued out, and the case brought to this court.

The motion to dismiss was not set out in the return to the writ of error.

Mr. Romeyn now moved for a further return to bring up the said motion.

*L. T. Griffin,* contra.

The court held that such a motion could not be brought up on writ of error, and if the court below erred in refusing to grant it, the proper remedy had not been sought in this case.

*Motion denied.*